# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>Reorganized Debtors. | Bankruptcy Case No. 19-10603 (JTD) |
| BEN BRAUSER, DAN BRAUSER, GREG BRAUSER, AND JOSH BRAUSER,<br><br>Appellants,<br><br>v.<br><br>J. DAVID HANSEN,<br><br>Appellee. | Civil Action No. 23-cv-671 (GBW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to dismiss the above-captioned appeal with prejudice. Each party shall bear its own costs and fees (including attorneys' fees) in connection with this appeal.

Dated: August 1, 2024

| | |
|---|---|
| **CROSS & SIMON, LLC** | **THE ROSNER LAW GROUP LLC** |
| */s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>Kevin S. Mann (No. 4576)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>(302) 777-4200<br>csimon@crosslaw.com<br>kmann@crosslaw.com | */s/ Zhao Liu*<br>Frederick B. Rosner (DE #3995)<br>Zhao (Ruby) Liu (DE #6436)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Phone: (302) 777-1111<br>Email: rosner@teamrosner.com<br>         liu@teamrosner.com |
| *Counsel to Appellants* | *Counsel to Appellee* |

{00039467. }